**Maria Rogers**

**From:** Direct Results [directresultslegal@yahoo.com]
**Sent:** Tuesday, January 18, 2011 4:52 PM
**To:** Maria Rogers
**Cc:** Charles Scalise
**Subject:** Bell v Able Security/3514

Hi Maria,
Hi Maria,

Here is what happened today. I told her y'all were working on the 106. I also said it would be great to catch the lady (Linda) because she seems to be the one in charge of the office.

Well...now they are not answering the call button, even turned off all the lights and when we tried to call, they stated they weren't Able Security but ASI...even though we know it's one and the same. Steve wrote all the plates down of the vehicles that were there today; I will send those to you when he returns. He waited around for over an hour and nobody came in or out. We will keep trying but I would recommend at least starting the 106 on Walter Roberts.

Star
**Direct Results Legal Service**
**a/k/a DRLS**
**516 West Annie**
**Austin, Texas 78704**
512-447-2300
800-205-3007 Toll-Free
512-447-3303 Fax
www.DirectResultsLegal.com


EXHIBIT A

1/18/2011

## Maria Rogers

**From:** Direct Results [directresultslegal@yahoo.com]
**Sent:** Thursday, January 13, 2011 4:17 PM
**To:** Maria Rogers
**Subject:** Re: (Bell, Audrey v Able Security/3514) Status of Service

I talked to them on Friday they have made several attempts. Old lady is locked inside of business. Keeps saying she has given them both the information. They are not cooperating. We may have to do sub-service. They were trying to avoid that. I will ask them to do affidavits for sub-service.

Star
**Direct Results Legal Service**
a/k/a DRLS
**516 West Annie**
**Austin, Texas 78704**
512-447-2300
800-205-3007 Toll-Free
512-447-3303 Fax
www.DirectResultsLegal.com


--- On **Thu, 1/13/11, Maria Rogers** *<mrogers@rosslawpc.com>* wrote:

> From: Maria Rogers <mrogers@rosslawpc.com>
> Subject: (Bell, Audrey v Able Security/3514) Status of Service
> To: "Direct Results" <directresultslegal@yahoo.com>
> Cc: "Charles Scalise" <charles@rosslawpc.com>
> Date: Thursday, January 13, 2011, 3:32 PM
>
> Star, Any word from your guy in Dallas?
>
>
> **Maria Rogers**
>
> Legal Assistant
>
> ROSS LAW GROUP
> 1104 San Antonio St.
> Austin, Texas 78701
> Tel: (512) 474-7677 Ext. 130
>
> Fax: (512) 474-5306
> mrogers@rosslawpc.com
>
>
> *The information contained in this email is general in nature and does not constitute legal advice. Please be aware that sending an instant message or e-mail and/or receipt of a response does not create an Attorney-Client relationship or constitute the*

1/18/2011

*formation of a contract. No obligation is created on the part of the sender or the recipient. A contract of representation can only be created by signature of an Attorney-Client Agreement.*

**This message is intended only for the person(s) to whom it is addressed** and may contain privileged, confidential, and/or insider information. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Any disclosure, copying, distribution, or taking of any action concerning the contents of this message and any attachment(s) by anyone other than the named recipient(s) is strictly prohibited.

**REQUIRED NOTICE PURSUANT TO IRS CIRCULAR 230:** *Any U.S. Federal tax advice included in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code, or (ii) promoting, marketing, or recommending any tax-related matters addressed herein to another party.*

---

**From:** Direct Results [mailto:directresultslegal@yahoo.com]
**Sent:** Thursday, January 06, 2011 4:28 PM
**To:** Maria Rogers
**Subject:** RE: FW: Bell v Able Security/3514


I have a call into my server. They tried during the holidays but they were due back after the 1st week of the new year. I'll let you know what I hear. Have a nice evening!
Star

**Direct Results Legal Service**
a/k/a DRLS
**516 West Annie**
**Austin, Texas 78704**
512-447-2300
800-205-3007 Toll-Free
512-447-3303 Fax
www.DirectResultsLegal.com



--- On **Thu, 1/6/11, Maria Rogers** *<mrogers@rosslawpc.com>* wrote:

From: Maria Rogers <mrogers@rosslawpc.com>
Subject: RE: FW: Bell v Able Security/3514
To: "Direct Results" <directresultslegal@yahoo.com>
Cc: "Charles Scalise" <charles@rosslawpc.com>
Date: Thursday, January 6, 2011, 2:32 PM

Star,


Any update on status of service?  Our Deadline to serve is coming up fast: January 26, 2011.
Thanks!


**Maria Rogers**

1/18/2011

Legal Assistant

ROSS LAW GROUP
1104 San Antonio St.
Austin, Texas 78701
Tel: (512) 474-7677 Ext. 130

Fax: (512) 474-5306
mrogers@rosslawpc.com

*The information contained in this email is general in nature and does not constitute legal advice. Please be aware that sending an instant message or e-mail and/or receipt of a response does not create an Attorney-Client relationship or constitute the formation of a contract. No obligation is created on the part of the sender or the recipient. A contract of representation can only be created by signature of an Attorney-Client Agreement.*

**This message is intended only for the person(s) to whom it is addressed** and may contain privileged, confidential, and/or insider information. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Any disclosure, copying, distribution, or taking of any action concerning the contents of this message and any attachment(s) by anyone other than the named recipient(s) is strictly prohibited.

*REQUIRED NOTICE PURSUANT TO IRS CIRCULAR 230:* Any U.S. Federal tax advice included in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code, or (ii) promoting, marketing, or recommending any tax-related matters addressed herein to another party.

---

**From:** Direct Results [mailto:directresultslegal@yahoo.com]
**Sent:** Monday, December 13, 2010 4:43 PM
**To:** Maria Rogers
**Cc:** Charles Scalise
**Subject:** Re: FW: Bell v Able Security/3514

I will mail these out tomorrow to my server in Dallas. Thank you.

STAR

**Direct Results Legal Service**
a/k/a DRLS
**516 West Annie**
**Austin, Texas 78704**
512-447-2300
800-205-3007 Toll-Free
512-447-3303 Fax
www.DirectResultsLegal.com

--- On **Mon, 12/13/10, Maria Rogers** <*mrogers@rosslawpc.com*> wrote:

1/18/2011

From: Maria Rogers <mrogers@rosslawpc.com>
Subject: FW: Bell v Able Security/3514
To: "Direct Results" <directresultslegal@yahoo.com>
Cc: "Charles Scalise" <charles@rosslawpc.com>
Date: Monday, December 13, 2010, 1:34 PM

Todd/Star-

Our client advises that this Defendant is still located at the address we provided on the Summons but they have changed their name to AS&I Security per info he got from          I searched the internet and obtained the following contact info for company & individually named Defendants:

**AS&I, LLC**

3024 Ft. Worth Ave , Dallas , Tx. 75211; (469) 533-3311

Since the attempts by mail were returned back to you, go ahead and get them served by hand delivery. Here's some more info I got from client and by internet search:

**Def Walter Roberts**

    Usual hours @ office are: between 8am – 5pm

    Tall/thin build

    Balding

    White

    Mid-50's

    Drives an SUV type vehicle - beige or tan colored. He's not sure of make/model – might be Cadillac.

Alternate address:    listed as executive vice-president for Defendant

    2818 Fort Worth Ave , Dallas , Tx. 75211

Tel: (469) 533-3311 (is same ph# for 3024 location)

Fax: (469) 533-3315

Email: evppresident @assisttexas.org

**Registered Agent, Henry Clemmons**

Usual hours @ office are: 8am – 5pm

He signs their paychecks

chubby build

balding

white

mid-50's

wears glasses

Drives a truck – dark color (blue or black) – unsure of make/model

FYI: Our deadline to serve is: Jan. 26, 2010. Please confirm that you received this info. Thanks!

**Maria Rogers**

Legal Assistant

ROSS LAW GROUP
1104 San Antonio St.
Austin, Texas 78701
Tel: (512) 474-7677 Ext. 130

Fax: (512) 474-5306
mrogers@rosslawpc.com

*The information contained in this email is general in nature and does not constitute legal advice. Please be aware that sending an instant message or e-mail and/or receipt of a response does not create an Attorney-Client relationship or constitute the formation of a contract. No obligation is created on the part of the sender or the recipient. A contract of representation can only be created by signature of an*

*Attorney-Client Agreement.*
**This message is intended only for the person(s) to whom it is addressed** and may contain privileged, confidential, and/or insider information. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Any disclosure, copying, distribution, or taking of any action concerning the contents of this message and any attachment(s) by anyone other than the named recipient(s) is strictly prohibited.

***REQUIRED NOTICE PURSUANT TO IRS CIRCULAR 230:*** *Any U.S. Federal tax advice included in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code, or (ii) promoting, marketing, or recommending any tax-related matters addressed herein to another party.*

---

**From:** Direct Results [mailto:directresultslegal@yahoo.com]
**Sent:** Tuesday, November 23, 2010 11:49 AM
**To:** Maria Rogers
**Subject:** RE: Bell v Able Security/3514


Thank You I will keep Holding! Happy Thanksgiving to You & Yours!



STAR & Tod  ☺

**Direct Results Legal Service
a/k/a DRLS
516 West Annie
Austin, Texas 78704
512-447-2300
800-205-3007 Toll-Free
512-447-3303 Fax
www.DirectResultsLegal.com**



--- On **Tue, 11/23/10, Maria Rogers *<mrogers@rosslawpc.com>*** wrote:


From: Maria Rogers <mrogers@rosslawpc.com>
Subject: RE: Bell v Able Security/3514
To: "Direct Results" <directresultslegal@yahoo.com>
Cc: " Charles Scalise " <charles@rosslawpc.com>
Date: Tuesday, November 23, 2010, 11:19 AM

FYI- Mr. Bell is aware they Def has moved. He's checking into this and will be getting back in touch with me re: their new address/contact info.



**Maria Rogers**

Legal Assistant

ROSS LAW GROUP

1/18/2011

1104 San Antonio St.
Austin, Texas 78701
Tel: (512) 474-7677

Fax: (512) 474-5306
mrogers@rosslawpc.com

*The information contained in this email is general in nature and does not constitute legal advice. Please be aware that sending an instant message or e-mail and/or receipt of a response does not create an Attorney-Client relationship or constitute the formation of a contract. No obligation is created on the part of the sender or the recipient. A contract of representation can only be created by signature of an Attorney-Client Agreement.*

**This message is intended only for the person(s) to whom it is addressed** and may contain privileged, confidential, and/or insider information. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Any disclosure, copying, distribution, or taking of any action concerning the contents of this message and any attachment(s) by anyone other than the named recipient(s) is strictly prohibited.

***REQUIRED NOTICE PURSUANT TO IRS CIRCULAR 230:*** *Any U.S. Federal tax advice included in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code, or (ii) promoting, marketing, or recommending any tax-related matters addressed herein to another party.*

**From:** Direct Results [mailto:directresultslegal@yahoo.com]
**Sent:** Wednesday, November 17, 2010 7:36 PM
**To:** Maria Rogers
**Cc:** Charles Scalise
**Subject:** Bell v Able Security/3514

Hello,

Both set of documents came back today marked "Unable To Forward, No forwarding Order On File Return To Postmaster Of Original Addressee For Review" I have no idea what that means. It shows they left two notices but it does not tell me if the address of 3024 Fort Worth Ave., Dallas, Tx. 75211 is a good address or not! Can you ask your client? Let me know if you would like it tried in person.

STAR

**Direct Results Legal Service**
a/k/a DRLS
**516 West Annie**
**Austin, Texas 78704**
512-447-2300
800-205-3007 Toll-Free
512-447-3303 Fax
www.DirectResultsLegal.com

1/18/2011