IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

AUDREY BELL,

    Plaintiff,

v.                                                                           C.A. NO.: 3:10-cv-1945

ABLE SECURITY & INVESTIGATIONS, INC.
and WALTER ROBERTS,

    Defendants.
_____/

**ORDER**

    After considering, Plaintiff's Motion for Extension of Time to Serve Defendants, and the supporting documentation provided by Plaintiff, the Court finds that Plaintiff's Motion has merit and should be GRANTED.

    IT IS, THEREFORE, ORDERED that the Plaintiff's Motion for Extension of Time to Serve Defendants is GRANTED.

    It is further ORDERED that Plaintiff shall file Proof of Service upon the Defendants on or before _____.

    SIGNED this _____ day of _____, 2011.


                                                                              _____
                                                                              HONORABLE SAM A. LINDSAY
                                                                              U.S. DISTRICT JUDGE PRESIDING